

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2025

No. 04-25-00416-CR

**IN RE** Tabitha **CHARANZA**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
          Lori I. Valenzuela, Justice
          H. Todd McCray, Justice

Relator filed her petition for writ of mandamus on June 30, 2025, claiming that she has been denied a hearing on multiple petitions for writ of habeas corpus and denied relief from other motions. Relator does not provide evidence of any such petitions or motions having been filed. The court has determined that relator is not entitled to relief based on her filing. Accordingly, the petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on July 16, 2025.

_Lori I. Valenzuela, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2025.

_Caitlin A. McCamish, Clerk of Court_

---

[1]This proceeding arises out of Cause No. CC702743, styled *State of Texas v. Tabitha Renee Charanza*, pending in the County Court at Law No. 15, Bexar County, Texas, the Honorable Melissa Vara presiding.